**JOYCE C. LONDON, P.C.**
ATTORNEY AT LAW
59 MAIDEN LANE, 6TH FLOOR
NEW YORK, NY 10038

Tel: 212 964-3700                                                                                Fax: 212 566-7501
Email: jlondonlaw@aol.com

December 21, 2015

Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals
 for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY, 10007

                                          Re:    USA v. LEARY
                                                          15--cr 3883

Dear Ms. O'Hagan Wolfe:

      In accordance with the Docketing Notice which was issued by the Court in the above-captioned case, I am hereby notifying the Court and opposing counsel that appellant Rahjohn Leary's brief will be filed on or before March 18, 2015

                                                                  Very truly yours,

                                                                      /s/

                                                                   Joyce C. London

cc.:    AUSA Christopher DiMase  (By ECF)