**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **ROBERT A. KATZMANN**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |

Date: January 25, 2016
Docket #: 15-3883cr
Short Title: United States of America v. Stratford (Leary)

DC Docket #: 1:13-cr-271-26
DC Court: SDNY (NEW YORK CITY)DC Docket #: 1:13-cr-271-5
DC Court: SDNY (NEW YORK CITY)
DC Judge: Swain

## AMENDED CAPTION NOTICE

As noted on the docket sheet, the caption has been changed. If the brief has been filed, six copies of a revised brief cover accurately reflecting the change in official caption must be submitted within 14 days of this notice.

Inquiries regarding this case may be directed to 212-857-8561.