S.D.N.Y.-N.Y.C.
13-cr-271
Swain, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of December, two thousand sixteen.

Present:
> Richard C. Wesley,
> Peter W. Hall,
> Christopher F. Droney,
> > *Circuit Judges.*

United States of America,

> *Appellee*,

v.

Rashin Lindsey, AKA Sealed Defendant 3, AKA
Rashon Lindsay, AKA Master, AKA I-Mas, et al.,

> *Defendants*,

Rahjohn Leary, AKA Rajohn Leary, AKA Raji,
Herbert Odom, AKA Sealed Defendant 5,
AKA Nut,

> *Defendants-Appellants*.

15-3883 (L),
16-230 (Con)

The Government moves to dismiss the appeal of Appellant Rahjohn Leary in 2d Cir. 15-3883 (L) as barred by the waiver of appellate rights contained in Appellant's plea agreement or for summary affirmance. Upon due consideration, it is hereby ORDERED that the motion is GRANTED and the appeal is DISMISSED. Appellant has not demonstrated that the waiver of his appellate rights is unenforceable under *United States v. Gomez-Perez*, 215 F.3d 315, 319 (2d Cir. 2000).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk

